**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-md-2846** |
| | **Judge Edmund A. Sargus, Jr.** **Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
*Martin v. Davol, Inc. et al.*
**Case No. 2:21-cv-1093**

### <u>ORDER</u>

On September 28, 2022, the Court granted Defendants' Motion to Compel Plaintiff Profile Form ("PPF") and ordered Plaintiff to produce the PPF within 14 days. (ECF No. 6.) On November 8, 2022, the Court ordered Defendants to file a notice stating whether Plaintiff had complied with the order and produced the PPF, and indicated that if Plaintiff did not comply the Court intended to dismiss the case. (ECF No. 7.) On November 22, 2022, Defendants filed a notice indicating that Plaintiff had not produced the PPF and requesting that the Court dismiss Plaintiff's case with prejudice. (ECF No. 8.) Because Plaintiff has not produced the PPF as required by this Court's order and by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57), Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**1/6/2023**                      **s/Edmund A. Sargus, Jr.**
**DATE**                           **EDMUND A. SARGUS, JR.**
                                  **UNITED STATES DISTRICT JUDGE**